**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL JAMES HUNTER,

Defendant.

Case No. 3:26-cr-00011-ART-CLB

**ORDER GRANTING**

**STIPULATION TO CONTINUE SENTENCING HEARING**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for DANIEL JAMES HUNTER and TODD BLANCHE, Attorney General of the United States, and JOSHUA BRISTER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for January 5, 2027, at 11:00 AM, be vacated and continued to January 19, 2027, at 1:00 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the “court may, for good cause, change any time limits prescribed in this rule.”

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Hunter is currently detained and consents to the continuance. Specifically, Mr. Hunter was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 17th day of November, 2026.

RENE L. VALLADARES
Federal Public Defender

By *_/s/ Allie Wilson_*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for DANIEL HUNTER

TODD BLANCHE
Attorney General of the United States

By *_/s Joshua Brister_*
JOSHUA BRISTER
Assistant United States Attorney
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for January 5, 2027, at 11:00 AM, be vacated and continued to **January 19, 2027, at 1:00 PM.**

DATED this 17th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE